B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re  **Herni Thompson**  ,
**Debtor**

Case No.  13-20220-led
_____
Chapter  **11**  **(if known)**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | $1.00 | $975,000.00 | | |
| B - Personal Property | Yes | 3 | $193,930.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $1,008,528.16 | |
| E - Creditors Holding Unsecured Priority CLaims (Total of CLaims on Schedule | Yes | 2 | | | |
| F - Creditors Holdin Unse Nonpriority Claims | Yes | 2 | | $620,536.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $6,250.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $4,720.00 |
| **TOTAL** | | 18 | $193,930.00 | | |

B 6 Summary (Official Form 6 - Summary) (12

# United States Bankruptcy Court

Herni Thompson

13-20220-led

In re _____,
                    **Debtor**

Case No. _____11_____ **(if known)**

Chapter _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $6,250.00 |
| Average Expenses (from Schedule J, Line 18) | $4,720.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $130,694.16 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0 |
| 4. Total from Schedule F | | $620,536.49 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $751,230.65 |

B6A (Form 6A) (12

**Debtor**

Case No. ___13-20220-led___
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co- tenan community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's o benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in th column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claim as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| 1941 Park Street Phoenix, AZ 85041 | | | $110,000.00 | $125,341.19 |
| 207 Chettro Court Henderson, NV 89074 | | | $239,000.00 | $327,000.00 |
| 2703 Pala Dura Dr. Henderson, NV  89074 | fee | | $260,000.00 | $335,834.00 |
| 2832 Mayfair Ave Henderson, NV  89074 | | | $120,000.00 | $187,000.00 |
| 7706 S. 40th Ave Phoenix, AZ  85041 | fee | | $106,000.00 | |
| 9856 Twilight Walk Las Vegas, NV. 89148 | fee | | $100,000.00 | |

Total-> | $952,000.00 |

(Report also on Summary of Schedules.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B6A (Form 6A) (12

**Debtor**

Case No. ___13-20220-led___
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co- tenan community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's o benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in th column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claim as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| 1941 Park Street Phoenix, AZ 85041 | fee | | $110,000.00 | $125,341.19 |
| 207 Chettro Court Henderson, NV 89074 | fee | | $239,000.00 | $327,000.00 |
| 2703 Pala Dura Dr. Henderson, NV  89074 | fee | | $260,000.00 | $335,834.00 |
| 2832 Mayfair Ave Henderson, NV  89074 | fee | | $120,000.00 | $187,000.00 |
| 7706 S. 40th Ave Phoenix, AZ  85041 | fee | | $106,000.00 | |
| 9856 Twilight Walk Las Vegas, NV. 89148 | fee | | $100,000.00 | |

Total-> | $952,000.00 |

(Report also on Summary of Schedules.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6 B (Form 6B) (12

In re **Herni Thompson**_____,          Case No. ____13-20220-led____
                  **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand | | $30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, | | Checking account at Bank of America | | $2,000.00 |
| | | Mother's checking account at Bank of America. Contain's mother's Social Security.  Not property of the estate; provided as disclosure. | | $.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture | | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing | | $1,000.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | American Family Variable Life Policy | | $7,500.00 |
| | | American Family Variable Life Policy | | $25,000.00 |
| | | American Family Variable Life Policy | | $18,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page ___1___ of ___3___

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6 B ( F o r m 6 B ) ( 1 2                    13-20220-led

In re **Herni Thompson**_____,    Case No. _____
          **Debtor**                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. Sec. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. Sec. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. Sec. 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA with Vanguard | | $19,000.00 |
| | | IRA with American Family Insurance | | $22,800.00 |
| | | SEP-IRA with American Family Insurance | | $16,100.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | 51% interest in Insurance Outlet, an insurance agency.  Value listed is an estimate of 51% of the total sale value of the agency after litigation; current value is significantly less due to risks and costs of litigation | | $80,000.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Page   **2**  of  **3**

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B6B (Form 6B) (12

In re **Herni Thompson** _____ ,                     Case No. _____
                **Debtor**                                                          13-20220-led
                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. Sec. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Toyota Rav 4 | | $1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

No continuation sheets attached        Total▶          $193,930.00
(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6 C (Form 6C) (12

**In re** <u>**Herni Thompson**</u> ,
     **Debtor**

Case No. <u>13-20220-led</u>
      **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2001 Toyota Rav 4 | NRS 21.090(f) | $1,500.00 | $1,500.00 |
| 9856 Twilight Walk Las Vegas, NV. 89148 | NRS 21.090(l) | $100,000.00 | $100,000.00 |
| American Family Variable Life Policy | NRS 21.090(k) | $7,500.00 | $7,500.00 |
| American Family Variable Life Policy | NRS 21.090(k) | $25,000.00 | $25,000.00 |
| American Family Variable Life Policy | NRS 21.090(k) | $18,000.00 | $18,000.00 |
| Clothing | NRS 21.090(f) | $1,000.00 | $1,000.00 |
| Fidelity annuity | NRS 21.090(t) | $167,641.26 | $167,641.26 |
| Furniture | NRS 21.090(f) | $1,000.00 | $1,000.00 |
| IRA with American Family Insurance | NRS 21.090(r) | $22,800.00 | $22,800.00 |
| IRA with Vanguard | NRS 21.090(r) | $19,000.00 | $19,000.00 |
| SEP-IRA with American Family Insurance | NRS 21.090(u) | $16,100.00 | $16,100.00 |

$379,541.26

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX-MMXIV

B 6 D (Form 6 D) (12

In re __Herni Thompson_____,        Case No. ___13-20220-led___
                    **Debtor**                                      **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.          9003xxxx<br>American Family Insurance<br>6000 American Parkway<br>Madison, Wisconsin 53783 | | | Second loan on rental property<br>207 Chettro Court<br>Henderson, NV 89074<br>VALUE $  $239,000.00 | | | | $5,352.97 | $5,352.97 |
| ACCOUNT NO.<br>Bank of America<br>attn: Bankrutpcy<br>NC4-105-0314<br>Box 26012<br>Greesnboro, NC  27420-6012 | | | second mortgage<br>2703 Pala Dura Dr.<br>Henderson, NV 89074<br>VALUE $  $260,000.00 | | | | $5,000.00 | |
| ACCOUNT NO.          0029xxxx<br>Bayview Loan Servicing<br>4425 Ponce de Leon Blvd. 5th Floor<br>Coral Gables, FL 33146 | | | 207 Chettro Court<br>Henderson, NV 89074<br>VALUE $  $239,000.00 | | | | $327,000.00 | |

_1_ continuation sheets attached

Subtotal ▶
(Total of this page)

Total ▶
(Use only on last page)

| | |
|---|---|
| $524,352.97 | $5,352.97 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6 D (Form 6 D) (12                                                                    2

In re **Herni Thompson**                    , Case No.    13-20220-led
_____
         **Debtor**                                          **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                6460<br>Flagstar Bank<br>2832 Mayfair Ave<br>Henderson, NV 89074 | X | | 2832 Mayfair Ave<br>Henderson, NV<br>89074<br><br>VALUE $  $120,000.00 | | | | $187,000.00 | |
| ACCOUNT NO.          unknown<br>Nationstar Mortgage<br>350 Highland Drive<br>Lewisville, TX  75067 | | | mortgage<br><br>VALUE $ | | | | $23,000.00 | |
| ACCOUNT NO.                0806<br>Seterus<br>Box 2008<br>Grand Rapids, MI  49501 | | | Mortgage<br>2703 Pala Dura Dr.<br>Henderson, NV<br>89074<br>VALUE $  $260,000.00 | | | | $335,834.00 | |
| ACCOUNT NO.<br>Seterus<br>Box 2008<br>Grand Rapids, MI  49501 | | | Mortgage<br>7706 S. 40th Ave<br>Phoenix, AZ  85041<br><br>VALUE $  $106,000.00 | | | | | |
| ACCOUNT NO.            1218xxxx<br>Wells Fargo Home Mortgage<br>Attn: Bankruptcy Dept., MAC ID<br>X7801-014<br>S3476 Stateview Blvd<br>Fort Mill, SC  2971 | | | 1st mortgage on<br>rental property<br>1941 Park Street<br>Phoenix, AZ 85041<br><br>VALUE $  $110,000.00 | | | | $125,341.19 | $125,341.19 |

Sheet no. 1 of 1 continuation
sheets attached to Schedule of Creditors
Holding Secured
Claims

Subtotal ►
(Total of this page)

Total ►
(Use only on last page)

| | |
|---|---|
| $484,175.19 | $125,341.19 |
| $1,008,528.16 | $130,694.16 |

(Report also on Summary
of Schedules.)

(If applicable, report also
on Statistical Summary
of Certain Liabilities and
Related Data.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6E (Form 6E) (12/07)

In re **Herni Thompson** ,                          Case No. __13-20220-led__
_____                                    _____
            **Debtor**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured c entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor c by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on th appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in th box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debt report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in
11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6 E (Form 6E) (12/07)

In re **Herni Thompson**                          Case No. __13-20220-led__
_____                           _____
**Debtor**                                                      **(if known)**


☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).


☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).


☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.


0  continuation sheets attached

B 6F (12/07)

In re **Herni Thompson** _____ ,    Case No. ___13-20220-led___

Debtor    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>American Express<br>Box 981537<br>El Paso, TX 79998 | | | through Oct. 2013<br>credit card | | | | $2,000.00 |
| ACCOUNT NO.<br>American Express<br>Box 981537<br>El Paso, TX 79998 | | | through Oct 2001<br>Credit card | | | | $2,000.00 |
| ACCOUNT NO.<br>American Family Mutual Insurance<br>c/o Bruce Samuels, Esq.<br>3993 Howard Huges Parkway<br>Suite 600<br>Las Vegas, NV 89169 | | | Litiagation judgment from<br>former business | | | | $607,000.00 |
| ACCOUNT NO.<br>Associated Pathologists Chartered<br>Box 98685<br>Las Vegas, NV 89193 | | | medical | | | | $35.00 |
| ACCOUNT NO.    0913<br>Associated Pathologists Chartered<br>Box 98685<br>Las Vegas, NV 89193 | | | 2013, medical | | | | $221.08 |

Subtotal $615,256.08

___1___ continuation sheets attached

Subtotal
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Form 6F) (12/07)

In re **Herni Thompson**_____ ,                    Case No. ___13-20220-led___
                    **Debtor**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> Bank of America <br> attn: Bankruptcy NC4-105-03014 <br> Box 26012 <br> Greensboro, NC 2741 | | | Through Oct. 2013 <br> US Air credit card | | | | $4,000.00 |
| **ACCOUNT NO.** <br> Bank of America <br> attn: Bankruptcy NC4-105-03014 <br> Box 26012 <br> Greensboro, NC 2741 | | | Through September, 2013 <br> US Air credit card | | | | $4,600.00 |
| **ACCOUNT NO.** <br> Quest Diagnostics <br> Box 98675 <br> Las Vegas, NV  89193-8675 | | | 2013 <br> medical tests | | | | $51.06 |
| **ACCOUNT NO.** <br> Quest Diagnostics <br> Box 98675 <br> Las Vegas, NV  89193-8675 | | | 2013 <br> medical tests | | | | $565.45 |
| **ACCOUNT NO.** 4583 <br> Quest Diagnostics <br> Box 98675 <br> Las Vegas, NV  89193-8675 | | | | | | | $63.90 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Credit to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $5,280.41

Subtotal $620,536.49
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6G (Form 6G) (1

In re **Herni Thompson** _____ ,          Case No. ___13-20220-led___
                    **Debtor**                                   **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Verizon wireless<br>Verizon wireless<br>Box 3397<br>Bloomington, IL. 61702 | Cell Phone Contract |

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B 6H (Form 6H) (1

**In re** **Herni Thompson**            ,          Case No. _____13-20220-led_____
                 **Debtor**                                                    **(If known)**

## SCHEDULE H -

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF | NAME AND ADDRESS OF |
|---|---|
| Herlin Thompson<br>2832 Mayfair Ave<br>Henderson, NV  89074 | Flagstar Bank<br>2832 Mayfair Ave<br>Henderson, NV  89074 |

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

Fill in this information to identify your case:Fill in this information to identify your case

| Debtor 1 | Herni | | Thompson |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 1 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:

Case number    13-20220-led

Check if this is:

An amended filing

A supplement showing post-petition
chapter 13 income as of the following date:

MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | Employed<br>Not employed | Employed<br>Not employed |
| Occupation | | Unemployed | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | _____ | 1 year |

**Fill in this in    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $_____ | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$_____ | +$_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $_____ | $_____ |

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

Debtor 1 __Herni_____ _____ __Thompson_____   Case number (if known) _____
          First Name        Middle          Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing |
|---|---|---|

**Copy line 4**   $_____   $_____

5. **List all payroll deductions:**

   5a. **Tax, Medicare, and Social Security deductions**   5a.   $_____   $_____

   5b. **Mandatory contributions for retirement plans**   5b.   $_____   $_____
   5c. **Voluntary contributions for retirement plans**   5c.   $_____   $_____

   5d. **Required repayments of retirement fund loans**   5d.   $_____   $_____

   5e. **Insurance**   5e.   $_____   $_____

   5g. **Union dues**   5f. **Domestic support obligations**   5g.   $_____   $_____
   5h. **Other deductions.** Specify   5h.   $_____   $_____   5f. $_____   $__

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g   56.   $_____   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7a.   $_____   $_____

8. **List all other income regularly received:**

   5a. **Interest and dividends**   5a.   $_____   $_____

   5a. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   5a.   $_____   $_____

   5a. **Unemployment compensation**   5a.   $_____   $_____
   5a. **Social Security**   5a.   $_____   $_____

   5a. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____   5a.   $_____   $_____

   5a. **Pension or retirement income**   5a.   $_____   $_____
   5a. **Other monthly income.** Specify: _____   5a.   5a $_____   5a $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   5a.   $6,250.00   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   5a.   $6,250.00   5a $_____   5a. $_____

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____   5a.   $_____

11. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   5a.   $6,250.00
    **Combined monthly income**

11. **Do you expect an increase or decrease within the year after you file this form?**
    No.
    Yes. Explain: _____

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

Fill in this information to identify your case:Fill in this information to identify your case:

| Debtor 1 | Herni | Thompson |
| | First Name | Middle Name | Last Name |

| Debtor 1 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:

Case number    13-20220-led

**Check if this is:**

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.

☐ Yes. **Does Debtor 2 live in a separate household?**

☒ No

☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☐ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Mother | 70 | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☐ No
☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot | 4. $_____ |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $_____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $100.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $_____ |

Official Form B 6J                     Schedule J: Your Expenses                     page 1

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

Debtor 1 | Herni | | Thompson | | Case number (if known)
First Name | Middle Name | Last Name |

fnams

| | |
|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $_____ |
| 6. **Utilities:** | |
| 6a. Electricity, heat, natural gas | 6a. $_____ $200.00 |
| 6b. Water, sewer, garbage collection | 6b. $_____ $50.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $_____ |
| 6d. Other. Specify: _____ | 6d. $_____ $200.00 |
| 7. **Food and housekeeping supplies** | 7. $_____ $500.00 |
| 8. **Childcare and children's education costs** | 8. $_____ |
| 9. **Clothing, laundry, and dry cleaning** | 9. $_____ $200.00 |
| 10. **Personal care products and services** | 10 $_____ |
| 11. **Medical and dental expenses** | 11. $_____ $200.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $_____ $300.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $_____ $100.00 |
| 14. **Charitable contributions and religious donations** | 14. $_____ $100.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $_____ $232.29    $232 |
| 15b. Health insurance | 15v. $_____ $230.00    $230 |
| 16c. Vehicle insurance | 16c. $_____ $330.00    $33 |
| 16d. Other insurance. Specify: | 16d. $_____ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | 16. $_____ |
| 17. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 17a. Car payments for Vehicle 1 | 17a. $_____ |
| 17b. Car payments for Vehicle 2 | 17b. $_____ |
| 17c. Other.Specify: | 17c. $_____ |
| 17d. Other.Specify: | 17d. $_____ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* (Official Form B 6I). | 18. $_____ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $_____ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your* | 20. |
| 20b. Mortgages on other property | 20a. $_____ |
| 20b. Realestatetaxes | 20b. $_____ |
| 20c. Property,homeowner's,orrenter'sinsurance | 20c. $_____ |
| 20d. Maintenance,repair,andupkeepexpenses | 20d. $_____ |
| 20e. Homeowner'sassociationorcondominiumdues | 20e. $_____ |

Official Form B 6J | **Schedule J: Your Expenses** | page 2

Debtor 1    Herni                          Thompson          Case number *(if known)*    13-20220-led
            First Name    Middle Name    Last Name

21. **Other**. Specify: _____    21   **+** $ _____

22. **Your monthly expenses.** Add lines 4 through 21.    22   $      **$4,720.00** $2,84
    The result is your monthly expenses.

23. **Calculate your monthly net income.**

    23a   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a   $      **$6,250.00**

    24b   Copy your monthly expenses from line 22 above.    24b   **−** $      $4,720.00

    23a   Subtract your monthly expenses from your monthly income.    23a   $      **$1,530.00**
          The result is your *monthly net income*.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?** For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.
    ☐ Yes.

Produced for Richard E. Hawkins, Esq. by dochawk's Bankruptcy Program, SN 3, Version 140108b ©MCMXXXIX–MMXIV

B6 Declaration (Form 6 - Declaration) (12/07)

In re **Herni Thompson**
          Debtor

Case No. _____13-20220-led_____
                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____17_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____1/8/14_____

Signature: _____/s/ Herni Thompson_____
                              **Debtor**

Date _____

Signature: _____
                                    **Debtor**

-------------------------------------------------------------------------------

~~DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)~~

This form was generated by dochawk's Bankrutpcy Program, which is only licensed to attorneys, and only for districts in which they are licensed to practice.

Its use by a non-attorney petition preparer would be a civil and criminal violation of the Copyright act.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT

\*\*\*\*\*\*

In re:

**Herni Thompson**

In re:

)
)
)
)
)
)
)
)
)
)
)
)

Bankruptcy No.:    **13-20220-led**

Chapter          **11**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___**1/6/MMXIV**_____          Signature ___/s/ Herni Thompson____

Date _____          Signature _____

AMERICAN EXPRESS
BOX 981537
EL PASO, TX  79998


AMERICAN EXPRESS BANK, FSB

AMERICAN EXPRESS BANK, FSB
BECKET AND LEE, LLP
ATTORNEYS/AGENT FOR CREDITOR
POB 300


AMERICAN FAMILY INSURANCE

6000 AMERICAN PARKWAY
MADISON, WISCONSIN 53783


AMERICAN FAMILY MUTUAL INSURANCE

C/O BRUCE SAMUELS, ESQ.
3993 HOWARD HUGES PARKWAY
SUITE 600
LAS VEGAS, NV  89169


ASSOCIATED PATHOLOGISTS CHARTERED

BOX 98685
LAS VEGAS, NV  89193

BANK OF AMERICA
ATTN: BANKRUPTCY NC4-105-03014
BOX 26012
GREENSBORO, NC 2741


BANK OF AMERICA
ATTN: BANKRUTPCY
NC4-105-0314
BOX 26012
GREESNBORO, NC  27420-6012


BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BLVD. 5TH FLOOR
CORAL GABLES, FL 33146


CHANTEL M. SCHIMMING, ESQ.
2520 ST. ROSE PKWY
STE 202C
HENDERSON, NV  89074


DEPARTMENT OF EMPLOYMENT, TRAINING, & REHABILITATI
EMPLOYEMENT SECUIRTY DIVISION
500 E. THIRD ST.
CON CITY, NV  89713-003

FLAGSTAR BANK
2832 MAYFAIR AVE
HENDERSON, NV  89074

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

NEVADA DEPARTMENT OF TAXATION, BANKRUPTCY SECTION
555 E. WASHINGTON AVE., #1300
LAS VEGAS, NV 89101

QUEST DIAGNOSTICS
BOX 98675
LAS VEGAS, NV  89193-8675

SECURITY AND EXCHANGE COMMISSION
LOS AGELES REGIONAL OFFICE
4670 WILSHIRE BLVD.
11TH FLOOR
LOS ANGELES, CA  90036


SETERUS
BOX 2008
GRAND RAPIDS, MI  49501



VERIZON WIRELESS
VERIZON WIRELESS
BOX 3397
BLOOMINGTON, IL. 61702


WELLS FARGO HOME MORTGAGE
ATTN: BANKRUPTCY DEPT., MAC ID X7801-014
S3476 STATEVIEW BLVD
FORT MILL, SC  2971