_____
Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
November 19, 2015

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
(702) 678-1999
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | |
| ) | BK-S-13-20220-led |
| ) | Chapter 11 |
| HERNI THOMPSON ) | |
| ) | |
| ) | |
| ) | HEARING DATE: October 13, 2015 |
| Debtor. ) | HEARING TIME: 9:30 a.m. |
| ) | |

**ORDER RE: MOTION TO VALUE COLLATERAL AND MODIFY RIGHTS OF CENLAR FSB PURSUANT TO 11 U.S.C §506(a), §1111, AND §1123**

THIS MATTER having come on for hearing this 13th day of October 2015, COREY B. BECK, ESQ. from THE LAW OFFICE OF COREY B. BECK, P.C. having appeared, on behalf of the Debtor, based upon the papers and pleadings on file herein, and any oral arguments presented;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Value Collateral is granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the subject property located at: 207 Chettro Court, Henderson, NV 89074 is hereby valued at $280,000.00.

Respectfully Submitted by:

/s/ COREY B. BECK
_____
Corey B. Beck, Esq.,
Nevada Bar No.  005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
(702) 678-1999
Attorney for Debtor

## **COMPLIANCE WITH LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

                                          APPROVED    DISAPPROVED    NO RESPONSE

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Dated this 14th day of October, 2015.

                                          /s/ DOUG ANDERSON
                                          An employee of The Law Office of
                                          Corey B. Beck, Esq.

                                                 ###