COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph: (702) 678-1999
Fax: (702) 678-6788
becksbk@yahoo.com

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-S-13-20220-gs |
| | Chapter 11 |
| HERNI THOMPSON | |
| | HEARING DATE: August 30, 2018 |
| Debtor. | HEARING TIME: 9:30 a.m. |

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, Debtor, HERNI THOMPSON ("Debtor"), by and through her attorney, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., hereby files this Opposition to secured creditor Lakeview Loan Servicing, LLC.,'s Motion for Relief From Automatic Stay as follows:

The "form motion" filed by the creditor leaves out a lot of material facts. Motion to Value was filed with respect to subject property - 2832 Mayfair Avenue, Henderson, NV 89074. An Order was entered on November 19, 2015 - $175,000.00 value. Undersigned counsel has been following up with Tiffany & Bosco for an extended length of time (over a year) to have Bank accept payments to be tendered electronically.

Undersigned counsel did "meet & confer" with Jason Kolbe, Esq., prior to this motion being filed. It was my understanding that he was not going to file Motion for Relief From Stay. He was to check his internal notes as well as confer with representative of his client.

Undersigned counsel has spoken with Jason Kolbe, Esq., since the filing of the motion. I have requested that a Stipulation for payment incorporate terms set forth in Order on the Motion to Value as well as the Disclosure Statement/Chapter 11 Plan.

1  DATED this 16th day of August, 2018.

2                                  /s/ COREY B. BECK, ESQ.
                                   COREY B. BECK, ESQ.
3                                  Nevada Bar No. 005870
                                   THE LAW OFFICE OF COREY B. BECK, P.C.
4                                  425 South Sixth Street
                                   Las Vegas, NV 89101
5                                  Ph.: (702) 678-1999
                                   Fax: (702) 678-6788
6                                  becksbk@yahoo.com

7                                  Attorney for Debtor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | COREY B. BECK, ESQ. |
|   | Nevada Bar No. 005870 |
| 2 | THE LAW OFFICE OF COREY B. BECK, P.C. |
|   | 425 South Sixth Street |
| 3 | Las Vegas, NV 89101 |
|   | Ph:  (702) 678-1999 |
| 4 | Fax: (702) 678-6788 |
|   | becksbk@yahoo.com |
| 5 |   |
|   | Attorney for Debtor |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | ) | BK-S-13-20220-gs |
|---|---|---|
|   | ) | Chapter 11 |
| HERNI THOMPSON | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) | HEARING DATE: August 30, 2018 |
| Debtor. | ) | HEARING TIME:  9:30 a.m. |
|   | ) |   |

**CERTIFICATE OF MAILING OF OPPOSITION
TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

I hereby certify that on the 16th day of August, 2018, I mailed a true and correct copy of the ***OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY*** email, facsimile, certified and/or first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

**Jason C. Kolbe, Esq.**　　　　　　　**SENT VIA YAHOO EMAIL**
TIFFANY & BOSCO, P.A.　　　　　　**SENT VIA ECF EMAIL**
10100 W. Charleston Blvd.
Suite 220
Las Vegas, NV 89135
Ph.: (702) 258-8200
Fax: (702) 258-8787
nvbk@tblaw.com
Attorney for Lakeview Loan Servicing, LLC
13-78053

　　　　　　　　　　　　　　　　　　　　/s/ VANESSA ANDERSON
　　　　　　　　　　　　　　　　　　　　An Employee of
　　　　　　　　　　　　　　　　　　　　The Law Office of Corey B. Beck, P.C.